

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00655-CV

4Front Engineered Solutions, Inc.
v.
Carlos Rosales, Individually, and Rosa Mejia as Next Friend of Carlos Rosales, Jr.

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. C-0546-12-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court.  The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

March 12, 2015